Case 7:22-mj-00697   Document 1   Filed on 04/12/22 in TXSD   Page 1 of 1

United States Courts
Southern District of Texas
FILED

*April 12, 2022*

Nathan Ochsner, Clerk of Court

AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

McALLEN DIVISION

UNITED STATES OF AMERICA
v.
Carlos Sauceda-Rocha

**CRIMINAL COMPLAINT**

Case Number: M-22-0697-M

IAE   YOB: 1970
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about __April 11, 2022__ in __Hidalgo__ County, in the __Southern__ District of __Texas__
*(Track Statutory Language of Offense)*
the defendant being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near McAllen, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Carlos Sauceda-Rocha was encountered by Border Patrol Agents near McAllen, Texas on April 11, 2022. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on April 11, 2022, near Hidalgo, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on August 4, 2021, through Laredo, Texas. Prior to Deportation/Exclusion, the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On April 28, 2021, the defendant was convicted of Driving While Intoxicated 3rd or More and sentenced to two (2) years confinement.

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

Complaint authorized by AUSA M. Mitchell
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

April 12, 2022 at 3:05 p.m.

/S/ Jon M. Chan
Signature of Complainant

Jon M. Chan   Border Patrol Agent

J. Scott Hacker, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer